IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT TUCKER :
    *Petitioner*,

v. :

COMMONWEALTH OF PA; :   CIVIL ACTION
THE ATTORNEY GENERAL OF   NO. 18-0201
THE STATE OF PENNSYLVANIA;
and, DISTRICT ATTORNEY OF :
PHILADELPHIA
    *Respondents*.

## ORDER

AND NOW, this 18th day of March 2020, upon consideration of: the Petition for Writ of Habeas Corpus (ECF No. 1); Petitioner's Addendum (ECF No. 11); the Commonwealth's Response thereto (ECF No. 7); the Report and Recommendation of United States Magistrate Judge Richard Lloret (ECF No. 12); Petitioner's Objections thereto (ECF Nos. 15, 17); and, the Commonwealth's Response to Petitioner's Objections (ECF No. 21), it is hereby ORDERED as follows:

1. Petitioner's Objections (ECF Nos. 15, 17) are OVERRULED in accordance with this Court's accompanying Memorandum;

2. The Report and Recommendation (ECF No. 12) is APPROVED AND ADOPTED;

3. The Petition for a Writ of Habeas Corpus (ECF No. 1) is DENIED; and,

4. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a Certificate of Appealability shall NOT ISSUE.

BY THE COURT:

/s/ C. Darnell Jones, II   J.